UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

MARGARITA SHERRILL et al.

Plaintiffs,

v.

SUTHERLAND GLOBAL SERVICES, INC.; THE
SUTHERLAND GROUP LTD.;

Defendants.

**CONSENT FORM TO
BECOME A PARTY
PLAINTIFF**

05-CV-6537L(P)

By my signature below, I hereby authorize the filing and prosecution of claims in my name and on my behalf to contest the failure of the above named Defendants to pay me proper overtime, wages and/or commissions as required under federal law. I hereby authorize the filing of this consent with any court where this action may be brought and the prosecution of claims in my name and on my behalf in any such court. I authorize the above-named Plaintiffs to act as my agents to make decisions on my behalf concerning the litigation, the manner and method of conducting this litigation, the entering of an agreement with counsel concerning attorneys' fees and costs, and all other matters pertaining to this lawsuit. I further verify that I was employed by Defendants subsequent to October 11, 2002, and that Defendants failed to properly pay overtime and/or wages.

_Angela Cooper_   6-27-07
Signature                    Date

ANGELA COOPER
Print Name

8 Chenin Run          585-267-9304
Street Address          Telephone Number

Fairport, New York 14450
City, State, Zip

Coop8552@NETZERO.com
E-mail Address (if applicable)

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
MARGARITA SHERRILL et al.

Plaintiffs,

v.

SUTHERLAND GLOBAL SERVICES, INC.; THE
SUTHERLAND GROUP LTD.;

Defendants.

CONSENT FORM TO
BECOME A PARTY
PLAINTIFF

05-CV-6537L(P)

By my signature below, I hereby authorize the filing and prosecution of claims in my name and
on my behalf to contest the failure of the above named Defendants to pay me proper overtime,
wages and/or commissions as required under federal law. I hereby authorize the filing of this
consent with any court where this action may be brought and the prosecution of claims in my
name and on my behalf in any such court. I authorize the above-named Plaintiffs to act as my
agents to make decisions on my behalf concerning the litigation, the manner and method of
conducting this litigation, the entering of an agreement with counsel concerning attorneys' fees
and costs, and all other matters pertaining to this lawsuit. I further verify that I was employed by
Defendants subsequent to October 11, 2002, and that Defendants failed to properly pay
overtime and/or wages.

_Concettina Baliva_ 4/25/07
Signature                          Date

_Concettina Baliva_
Print Name

_88 Woodlands Way_        _637-8577_
Street Address                    Telephone Number

_Rochester, NY 14420_
City, State, Zip

_____
E-mail Address (if applicable)

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

MARGARITA SHERRILL et al.

Plaintiffs,

v.

SUTHERLAND GLOBAL SERVICES, INC.; THE
SUTHERLAND GROUP LTD.;

Defendants.

CONSENT FORM TO
BECOME A PARTY
PLAINTIFF

05-CV-6537L(P)

By my signature below, I hereby authorize the filing and prosecution of claims in my name and on my behalf to contest the failure of the above named Defendants to pay me proper overtime, wages and/or commissions as required under federal law. I hereby authorize the filing of this consent with any court where this action may be brought and the prosecution of claims in my name and on my behalf in any such court. I authorize the above-named Plaintiffs to act as my agents to make decisions on my behalf concerning the litigation, the manner and method of conducting this litigation, the entering of an agreement with counsel concerning attorneys' fees and costs, and all other matters pertaining to this lawsuit. I further verify that I was employed by Defendants subsequent to October 11, 2002, and that Defendants failed to properly pay overtime and/or wages.

_____    6/25/07
Signature                           Date

Howard A. Kavanaugh
Print Name

9 Jackson Pl                        (585) 223-6483
Street Address                      Telephone Number

Fairport, N.Y. 14450
City, State, Zip

howkav@prodigy.net
E-mail Address (if applicable)

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

MARGARITA SHERRILL et al.

Plaintiffs,

v.

SUTHERLAND GLOBAL SERVICES, INC.; THE
SUTHERLAND GROUP LTD.;

Defendants.

CONSENT FORM TO
BECOME A PARTY
PLAINTIFF

05-CV-6537L(P)

By my signature below, I hereby authorize the filing and prosecution of claims in my name and on my behalf to contest the failure of the above named Defendants to pay me proper overtime, wages and/or commissions as required under federal law. I hereby authorize the filing of this consent with any court where this action may be brought and the prosecution of claims in my name and on my behalf in any such court. I authorize the above-named Plaintiffs to act as my agents to make decisions on my behalf concerning the litigation, the manner and method of conducting this litigation, the entering of an agreement with counsel concerning attorneys' fees and costs, and all other matters pertaining to this lawsuit. I further verify that I was employed by Defendants subsequent to October 11, 2002, and that Defendants failed to properly pay overtime and/or wages.

_____    6/25
Signature                          Date

___Jeremy Burns___
Print Name

___2674 Sweden Walker rd___    ___(585) 637-0378___
Street Address                  Telephone Number

___Brockport NY  14420___
City, State, Zip

___X___
E-mail Address (if applicable)

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF NEW YORK**
**MARGARITA SHERRILL et al.**

**Plaintiffs,**

**v.**

**SUTHERLAND GLOBAL SERVICES, INC.; THE SUTHERLAND GROUP LTD.;**

**Defendants.**

**CONSENT FORM TO BECOME A PARTY PLAINTIFF**

05-CV-6537L(P)

By my signature below, I hereby authorize the filing and prosecution of claims in my name and on my behalf to contest the failure of the above named Defendants to pay me proper overtime, wages and/or commissions as required under federal law. I hereby authorize the filing of this consent with any court where this action may be brought and the prosecution of claims in my name and on my behalf in any such court. I authorize the above-named Plaintiffs to act as my agents to make decisions on my behalf concerning the litigation, the manner and method of conducting this litigation, the entering of an agreement with counsel concerning attorneys' fees and costs, and all other matters pertaining to this lawsuit. I further verify that I was employed by Defendants subsequent to October 11, 2002, and that Defendants failed to properly pay overtime and/or wages.

_Louis R. Gallina_    6-25-07
Signature        Date

Louis R. Gallina
Print Name

35 Cassandra ct.      (585) 217-9633
Street Address          Telephone Number

Webster n.y. 14580
City, State, Zip

Gallina@Rochester.rr.com
E-mail Address (if applicable)

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
MARGARITA SHERRILL et al.

Plaintiffs,

v.

SUTHERLAND GLOBAL SERVICES, INC.; THE
SUTHERLAND GROUP LTD.;

Defendants.

**CONSENT FORM TO
BECOME A PARTY
PLAINTIFF**

05-CV-6537L(P)

By my signature below, I hereby authorize the filing and prosecution of claims in my name and on my behalf to contest the failure of the above named Defendants to pay me proper overtime, wages and/or commissions as required under federal law. I hereby authorize the filing of this consent with any court where this action may be brought and the prosecution of claims in my name and on my behalf in any such court. I authorize the above-named Plaintiffs to act as my agents to make decisions on my behalf concerning the litigation, the manner and method of conducting this litigation, the entering of an agreement with counsel concerning attorneys' fees and costs, and all other matters pertaining to this lawsuit. I further verify that I was employed by Defendants subsequent to October 11, 2002, and that Defendants failed to properly pay overtime and/or wages.

_Jaime Stockwell_  6/25/07
Signature                    Date

_Jaime Stockwell_
Print Name

_223½ W. Elm St._                    _(585) 267-7567 or (585) 200-7293_
Street Address                         Telephone Number

_E. Rochester NY 14445_
City, State, Zip

_____
E-mail Address (if applicable)

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

MARGARITA SHERRILL et al.

Plaintiffs,

v.

SUTHERLAND GLOBAL SERVICES, INC.; THE
SUTHERLAND GROUP LTD.;

Defendants.

CONSENT FORM TO
BECOME A PARTY
PLAINTIFF

05-CV-6537L(P)

By my signature below, I hereby authorize the filing and prosecution of claims in my name and on my behalf to contest the failure of the above named Defendants to pay me proper overtime, wages and/or commissions as required under federal law. I hereby authorize the filing of this consent with any court where this action may be brought and the prosecution of claims in my name and on my behalf in any such court. I authorize the above-named Plaintiffs to act as my agents to make decisions on my behalf concerning the litigation, the manner and method of conducting this litigation, the entering of an agreement with counsel concerning attorneys' fees and costs, and all other matters pertaining to this lawsuit. I further verify that I was employed by Defendants subsequent to October 11, 2002, and that Defendants failed to properly pay overtime and/or wages.

_____  6/25/07
Signature                Date

PERRY McHUGH
Print Name

10 Manhattan Sq Dr          585-482-4414
Street Address              Telephone Number

Rochester, NY 14607
City, State, Zip

_____
E-mail Address (if applicable)

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

MARGARITA SHERRILL et al.

Plaintiffs,

v.

SUTHERLAND GLOBAL SERVICES, INC.; THE
SUTHERLAND GROUP LTD.;

Defendants.

**CONSENT FORM TO
BECOME A PARTY
PLAINTIFF**

05-CV-6537L(P)

By my signature below, I hereby authorize the filing and prosecution of claims in my name and on my behalf to contest the failure of the above named Defendants to pay me proper overtime, wages and/or commissions as required under federal law. I hereby authorize the filing of this consent with any court where this action may be brought and the prosecution of claims in my name and on my behalf in any such court. I authorize the above-named Plaintiffs to act as my agents to make decisions on my behalf concerning the litigation, the manner and method of conducting this litigation, the entering of an agreement with counsel concerning attorneys' fees and costs, and all other matters pertaining to this lawsuit. I further verify that I was employed by Defendants subsequent to October 11, 2002, and that Defendants failed to properly pay overtime and/or wages.

_Kathleen Kearney_    6/25/07
Signature                        Date

_KATHLEEN KEARNEY_
Print Name

_16 W. CANON DR._          _585-594-8731_
Street Address                   Telephone Number

_Rochester   N.Y.  14624_
City, State, Zip

_Katk41650@aol.com_
Email Address (if applicable)

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

MARGARITA SHERRILL et al.

Plaintiffs,

v.

SUTHERLAND GLOBAL SERVICES, INC.; THE
SUTHERLAND GROUP LTD.;

Defendants.

CONSENT FORM TO
BECOME A PARTY
PLAINTIFF

05-CV-6537L(P)

By my signature below, I hereby authorize the filing and prosecution of claims in my name and on my behalf to contest the failure of the above named Defendants to pay me proper overtime, wages and/or commissions as required under federal law. I hereby authorize the filing of this consent with any court where this action may be brought and the prosecution of claims in my name and on my behalf in any such court. I authorize the above-named Plaintiffs to act as my agents to make decisions on my behalf concerning the litigation, the manner and method of conducting this litigation, the entering of an agreement with counsel concerning attorneys' fees and costs, and all other matters pertaining to this lawsuit. I further verify that I was employed by Defendants subsequent to October 11, 2002, and that Defendants failed to properly pay overtime and/or wages.

_____  6-26-07
Signature                        Date

Terrana D. Richardson
Print Name

2735 Sheridan Dr # 1          716-440-0543
Street Address                    Telephone Number

Tonawanda, N.Y. 14150
City, State, Zip

richardson_t@msn.com
E-mail Address (if applicable)

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

MARGARITA SHERRILL et al.

Plaintiffs,

v.

SUTHERLAND GLOBAL SERVICES, INC.; THE
SUTHERLAND GROUP LTD.;

Defendants.

CONSENT FORM TO
BECOME A PARTY
PLAINTIFF

05-CV-6537L(P)

By my signature below, I hereby authorize the filing and prosecution of claims in my name and on my behalf to contest the failure of the above named Defendants to pay me proper overtime, wages and/or commissions as required under federal law. I hereby authorize the filing of this consent with any court where this action may be brought and the prosecution of claims in my name and on my behalf in any such court. I authorize the above-named Plaintiffs to act as my agents to make decisions on my behalf concerning the litigation, the manner and method of conducting this litigation, the entering of an agreement with counsel concerning attorneys' fees and costs, and all other matters pertaining to this lawsuit. I further verify that I was employed by Defendants subsequent to October 11, 2002, and that Defendants failed to properly pay overtime and/or wages.

_____  6-25-07
Signature                        Date

Dominic Palumbo
Print Name

225 English Rd          585-729-3119
Street Address           Telephone Number

Rochester NY 14616
City, State, Zip

_____
E-mail Address (if applicable)

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

MARGARITA SHERRILL et al.

Plaintiffs,

v.

SUTHERLAND GLOBAL SERVICES, INC.; THE
SUTHERLAND GROUP LTD.;

Defendants.

**CONSENT FORM TO
BECOME A PARTY
PLAINTIFF**

05-CV-6537L(P)

By my signature below, I hereby authorize the filing and prosecution of claims in my name and on my behalf to contest the failure of the above named Defendants to pay me proper overtime, wages and/or commissions as required under federal law. I hereby authorize the filing of this consent with any court where this action may be brought and the prosecution of claims in my name and on my behalf in any such court. I authorize the above-named Plaintiffs to act as my agents to make decisions on my behalf concerning the litigation, the manner and method of conducting this litigation, the entering of an agreement with counsel concerning attorneys' fees and costs, and all other matters pertaining to this lawsuit. I further verify that I was employed by Defendants subsequent to October 11, 2002, and that Defendants failed to properly pay overtime and/or wages.

_____    06-26-07
Signature                          Date

MICHAEL S. EVERETT
Print Name

4482 BUFFALO RD          585-594-0965
Street Address           Telephone Number

NORTH CHILI  NY  14514
City, State, Zip

MRMIKE432003 @ YAHOO.COM
E-mail Address (if applicable)

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

MARGARITA SHERRILL et al.

Plaintiffs,

v.

SUTHERLAND GLOBAL SERVICES, INC.; THE
SUTHERLAND GROUP LTD.;

Defendants.

**CONSENT FORM TO
BECOME A PARTY
PLAINTIFF**

05-CV-6537L(P)

By my signature below, I hereby authorize the filing and prosecution of claims in my name and on my behalf to contest the failure of the above named Defendants to pay me proper overtime, wages and/or commissions as required under federal law. I hereby authorize the filing of this consent with any court where this action may be brought and the prosecution of claims in my name and on my behalf in any such court. I authorize the above-named Plaintiffs to act as my agents to make decisions on my behalf concerning the litigation, the manner and method of conducting this litigation, the entering of an agreement with counsel concerning attorneys' fees and costs, and all other matters pertaining to this lawsuit. I further verify that I was employed by Defendants subsequent to October 11, 2002, and that Defendants failed to properly pay overtime and/or wages.

_Justin Arcara_  6-25-07
Signature                Date

_Justin Arcara_
Print Name

_13 Limerick Lane_    cell (585) 662-8156 home (585) 429-9638
Street Address              Telephone Number

_Rochester NY, 14606_
City, State, Zip

_Justin.Arcara@Atst.com_
E-mail Address (if applicable)

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

MARGARITA SHERRILL et al.

Plaintiffs,

v.

SUTHERLAND GLOBAL SERVICES, INC.; THE
SUTHERLAND GROUP LTD.;

Defendants.

**CONSENT FORM TO
BECOME A PARTY
PLAINTIFF**

05-CV-6537L(P)

By my signature below, I hereby authorize the filing and prosecution of claims in my name and on my behalf to contest the failure of the above named Defendants to pay me proper overtime, wages and/or commissions as required under federal law. I hereby authorize the filing of this consent with any court where this action may be brought and the prosecution of claims in my name and on my behalf in any such court. I authorize the above-named Plaintiffs to act as my agents to make decisions on my behalf concerning the litigation, the manner and method of conducting this litigation, the entering of an agreement with counsel concerning attorneys' fees and costs, and all other matters pertaining to this lawsuit. I further verify that I was employed by Defendants subsequent to October 11, 2002, and that Defendants failed to properly pay overtime and/or wages.

_Ceita Mescai_    6-25-07
Signature          Date

_Christina Mescai_
Print Name

_268 Crimson Bramble Rd._    _585-334-2356_
Street Address          Telephone Number

_Rochester NY 14623_
City, State, Zip

_____
E-mail Address (if applicable)

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

MARGARITA SHERRILL et al.

Plaintiffs,

v.

SUTHERLAND GLOBAL SERVICES, INC.; THE
SUTHERLAND GROUP LTD.;

Defendants.

**CONSENT FORM TO
BECOME A PARTY
PLAINTIFF**

05-CV-6537L(P)

By my signature below, I hereby authorize the filing and prosecution of claims in my name and on my behalf to contest the failure of the above named Defendants to pay me proper overtime, wages and/or commissions as required under federal law. I hereby authorize the filing of this consent with any court where this action may be brought and the prosecution of claims in my name and on my behalf in any such court. I authorize the above-named Plaintiffs to act as my agents to make decisions on my behalf concerning the litigation, the manner and method of conducting this litigation, the entering of an agreement with counsel concerning attorneys' fees and costs, and all other matters pertaining to this lawsuit. I further verify that I was employed by Defendants subsequent to October 11, 2002, and that Defendants failed to properly pay overtime and/or wages.

_Mody Bouare_  06-25-07
Signature                Date

MODY  BOUARE
Print Name

23 GLENORA  Dr          585-507-4303
Street Address          Telephone Number

ROCHESTER, NY 14615
City, State, Zip

E-mail Address (if applicable)

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
MARGARITA SHERRILL et al.

Plaintiffs,

v.

SUTHERLAND GLOBAL SERVICES, INC.; THE
SUTHERLAND GROUP LTD.;

Defendants.

**CONSENT FORM TO
BECOME A PARTY
PLAINTIFF**

05-CV-6537L(P)

By my signature below, I hereby authorize the filing and prosecution of claims in my name and on my behalf to contest the failure of the above named Defendants to pay me proper overtime, wages and/or commissions as required under federal law. I hereby authorize the filing of this consent with any court where this action may be brought and the prosecution of claims in my name and on my behalf in any such court. I authorize the above-named Plaintiffs to act as my agents to make decisions on my behalf concerning the litigation, the manner and method of conducting this litigation, the entering of an agreement with counsel concerning attorneys' fees and costs, and all other matters pertaining to this lawsuit. I further verify that I was employed by Defendants subsequent to October 11, 2002, and that Defendants failed to properly pay overtime and/or wages.

_Mark J. Zemel_   6-28-2007
Signature                    Date

MARK L. ZEMEL
Print Name

126 Highledge Drive          585-383-0688
Street Address               Telephone Number

PenField NY 14526
City, State, Zip

Mzemel@RochesTer.rr.com
E-mail Address (if applicable)

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

MARGARITA SHERRILL et al.

Plaintiffs,

v.

SUTHERLAND GLOBAL SERVICES, INC.; THE
SUTHERLAND GROUP LTD.;

Defendants.

**CONSENT FORM TO
BECOME A PARTY
PLAINTIFF**

05-CV-6537L(P)

By my signature below, I hereby authorize the filing and prosecution of claims in my name and on my behalf to contest the failure of the above named Defendants to pay me proper overtime, wages and/or commissions as required under federal law. I hereby authorize the filing of this consent with any court where this action may be brought and the prosecution of claims in my name and on my behalf in any such court. I authorize the above-named Plaintiffs to act as my agents to make decisions on my behalf concerning the litigation, the manner and method of conducting this litigation, the entering of an agreement with counsel concerning attorneys' fees and costs, and all other matters pertaining to this lawsuit. I further verify that I was employed by Defendants subsequent to October 11, 2002, and that Defendants failed to properly pay overtime and/or wages.

_Janice L. Lorraine_  06-27-2007
Signature                        Date

_Janice F. Lorraine_
Print Name

_108 Butterfield Circle_          _315-458-8240_
Street Address                    Telephone Number

_North Syracuse, N.Y. 13212_
City, State, Zip

_JLorraine@twcny.rr.com_
E-mail Address (if applicable)

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

MARGARITA SHERRILL et al.

Plaintiffs,

v.

SUTHERLAND GLOBAL SERVICES, INC.; THE
SUTHERLAND GROUP LTD.;

Defendants.

**CONSENT FORM TO
BECOME A PARTY
PLAINTIFF**

05-CV-6537L(P)

By my signature below, I hereby authorize the filing and prosecution of claims in my name and on my behalf to contest the failure of the above named Defendants to pay me proper overtime, wages and/or commissions as required under federal law. I hereby authorize the filing of this consent with any court where this action may be brought and the prosecution of claims in my name and on my behalf in any such court. I authorize the above-named Plaintiffs to act as my agents to make decisions on my behalf concerning the litigation, the manner and method of conducting this litigation, the entering of an agreement with counsel concerning attorneys' fees and costs, and all other matters pertaining to this lawsuit. I further verify that I was employed by Defendants subsequent to October 11, 2002, and that Defendants failed to properly pay overtime and/or wages.

Signature _____  Date 6/25/07

Print Name _Denny K. Holland_

Street Address _102 Elmdorf Ave_    Telephone Number _585-734-5235_

City, State, Zip _Rochester, NY 14619_

E-mail Address (if applicable) _kkholland46@frontiernet.net_

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

MARGARITA SHERRILL et al.

Plaintiffs,

v.

SUTHERLAND GLOBAL SERVICES, INC.; THE
SUTHERLAND GROUP LTD.;

Defendants.

CONSENT FORM TO
BECOME A PARTY
PLAINTIFF

05-CV-6537L(P)

By my signature below, I hereby authorize the filing and prosecution of claims in my name and on my behalf to contest the failure of the above named Defendants to pay me proper overtime, wages and/or commissions as required under federal law. I hereby authorize the filing of this consent with any court where this action may be brought and the prosecution of claims in my name and on my behalf in any such court. I authorize the above-named Plaintiffs to act as my agents to make decisions on my behalf concerning the litigation, the manner and method of conducting this litigation, the entering of an agreement with counsel concerning attorneys' fees and costs, and all other matters pertaining to this lawsuit. I further verify that I was employed by Defendants subsequent to October 11, 2002, and that Defendants failed to properly pay overtime and/or wages.

Eric Franklin                    6-26-07
Signature                        Date

Eric Franklin
Print Name

108 Rellim Blvd.              704.5069
Street Address                   Telephone Number

Rochester, New York  14624
City, State, Zip

E-mail Address (if applicable)

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

MARGARITA SHERRILL et al.

Plaintiffs,

v.

SUTHERLAND GLOBAL SERVICES, INC.; THE
SUTHERLAND GROUP LTD.;

Defendants.

**CONSENT FORM TO
BECOME A PARTY
PLAINTIFF**

05-CV-6537L(P)

By my signature below, I hereby authorize the filing and prosecution of claims in my name and on my behalf to contest the failure of the above named Defendants to pay me proper overtime, wages and/or commissions as required under federal law. I hereby authorize the filing of this consent with any court where this action may be brought and the prosecution of claims in my name and on my behalf in any such court. I authorize the above-named Plaintiffs to act as my agents to make decisions on my behalf concerning the litigation, the manner and method of conducting this litigation, the entering of an agreement with counsel concerning attorneys' fees and costs, and all other matters pertaining to this lawsuit. I further verify that I was employed by Defendants subsequent to October 11, 2002, and that Defendants failed to properly pay overtime and/or wages.

_Muisha Brock_  6-25-07
Signature                     Date

_Muisha Brock_
Print Name

_119 Aberdeen St_   (585)464-9126 /(585)235-8827
Street Address          Telephone Number

_Rochester NY 14619_
City, State, Zip

_BrockMuisha@yahoo.com_
E-mail Address (if applicable)

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

MARGARITA SHERRILL et al.

Plaintiffs,

v.

SUTHERLAND GLOBAL SERVICES, INC.; THE
SUTHERLAND GROUP LTD.;

Defendants.

CONSENT FORM TO
BECOME A PARTY
PLAINTIFF

05-CV-6537L(P)

By my signature below, I hereby authorize the filing and prosecution of claims in my name and on my behalf to contest the failure of the above named Defendants to pay me proper overtime, wages and/or commissions as required under federal law. I hereby authorize the filing of this consent with any court where this action may be brought and the prosecution of claims in my name and on my behalf in any such court. I authorize the above-named Plaintiffs to act as my agents to make decisions on my behalf concerning the litigation, the manner and method of conducting this litigation, the entering of an agreement with counsel concerning attorneys' fees and costs, and all other matters pertaining to this lawsuit. I further verify that I was employed by Defendants subsequent to October 11, 2002, and that Defendants failed to properly pay overtime and/or wages.

_Jody Torella_        _6/25/07_
Signature             Date

_Jody L Torella_
Print Name

_828 Jay St. Apt #2_              _585-436-4144_
Street Address                    Telephone Number

_Rochester, NY 14611_
City, State, Zip

_____
E-mail Address (if applicable)

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
MARGARITA SHERRILL et al.

Plaintiffs,

v.

SUTHERLAND GLOBAL SERVICES, INC.; THE
SUTHERLAND GROUP LTD.;

Defendants.

CONSENT FORM TO
BECOME A PARTY
PLAINTIFF

05-CV-6537L(P)

By my signature below, I hereby authorize the filing and prosecution of claims in my name and on my behalf to contest the failure of the above named Defendants to pay me proper overtime, wages and/or commissions as required under federal law. I hereby authorize the filing of this consent with any court where this action may be brought and the prosecution of claims in my name and on my behalf in any such court. I authorize the above-named Plaintiffs to act as my agents to make decisions on my behalf concerning the litigation, the manner and method of conducting this litigation, the entering of an agreement with counsel concerning attorneys' fees and costs, and all other matters pertaining to this lawsuit. I further verify that I was employed by Defendants subsequent to October 11, 2002, and that Defendants failed to properly pay overtime and/or wages.

Signature: _Darrell B Gibson_   Date: _6/25/07_

Print Name: _Darrell B. Gibson_

Street Address: _101 Holworthy St_   Telephone Number: _(585) 734-5736_

City, State, Zip: _Rochester N.Y. 14604_

E-mail Address (if applicable)

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

MARGARITA SHERRILL et al.

Plaintiffs,

v.

SUTHERLAND GLOBAL SERVICES, INC.; THE
SUTHERLAND GROUP LTD.;

Defendants.

**CONSENT FORM TO
BECOME A PARTY
PLAINTIFF**

05-CV-6537L(P)

By my signature below, I hereby authorize the filing and prosecution of claims in my name and on my behalf to contest the failure of the above named Defendants to pay me proper overtime, wages and/or commissions as required under federal law. I hereby authorize the filing of this consent with any court where this action may be brought and the prosecution of claims in my name and on my behalf in any such court. I authorize the above-named Plaintiffs to act as my agents to make decisions on my behalf concerning the litigation, the manner and method of conducting this litigation, the entering of an agreement with counsel concerning attorneys' fees and costs, and all other matters pertaining to this lawsuit. I further verify that I was employed by Defendants subsequent to October 11, 2002, and that Defendants failed to properly pay overtime and/or wages.

_Jeff Carnahan_  6-25-2007
Signature                 Date

JeFF CARNAHAN
Print Name

189 LAke Ave. #3     (585)-647-0363
Street Address            Telephone Number

RocHesTeR, N.Y. 14608
City, State, Zip

_____
E-mail Address (if applicable)

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

MARGARITA SHERRILL et al.

Plaintiffs,

v.

SUTHERLAND GLOBAL SERVICES, INC.; THE
SUTHERLAND GROUP LTD.;

Defendants.

CONSENT FORM TO
BECOME A PARTY
PLAINTIFF

05-CV-6537L(P)

By my signature below, I hereby authorize the filing and prosecution of claims in my name and on my behalf to contest the failure of the above named Defendants to pay me proper overtime, wages and/or commissions as required under federal law. I hereby authorize the filing of this consent with any court where this action may be brought and the prosecution of claims in my name and on my behalf in any such court. I authorize the above-named Plaintiffs to act as my agents to make decisions on my behalf concerning the litigation, the manner and method of conducting this litigation, the entering of an agreement with counsel concerning attorneys' fees and costs, and all other matters pertaining to this lawsuit. I further verify that I was employed by Defendants subsequent to October 11, 2002, and that Defendants failed to properly pay overtime and/or wages.

_Jennifer Keegan_    _06.26.07_
Signature        Date

_Jennifer Keegan_
Print Name

_239 Oxford._        _315-564-7672_
Street Address        Telephone Number

_Martville, NY 13111_
City, State, Zip

_xqwen@twcny.rr.com_
E-mail Address (if applicable)

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF NEW YORK**
MARGARITA SHERRILL et al.

Plaintiffs,

v.

SUTHERLAND GLOBAL SERVICES, INC.; THE
SUTHERLAND GROUP LTD.;

Defendants.

**CONSENT FORM TO**
**BECOME A PARTY**
**PLAINTIFF**

05-CV-6537L(P)

By my signature below, I hereby authorize the filing and prosecution of claims in my name and on my behalf to contest the failure of the above named Defendants to pay me proper overtime, wages and/or commissions as required under federal law. I hereby authorize the filing of this consent with any court where this action may be brought and the prosecution of claims in my name and on my behalf in any such court. I authorize the above-named Plaintiffs to act as my agents to make decisions on my behalf concerning the litigation, the manner and method of conducting this litigation, the entering of an agreement with counsel concerning attorneys' fees and costs, and all other matters pertaining to this lawsuit. I further verify that I was employed by Defendants subsequent to October 11, 2002, and that Defendants failed to properly pay overtime and/or wages.

_____  6/26/07
Signature                Date

Frederick Andrew Porter III
Print Name

4048 Sweden Walker Rd.    (585)637-2702
Street Address            Telephone Number

Brockport, NY   14420
City, State, Zip

Fporter82@gmail.com
E-mail Address (if applicable)

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

MARGARITA SHERRILL et al.

Plaintiffs,

v.

SUTHERLAND GLOBAL SERVICES, INC.; THE
SUTHERLAND GROUP LTD.;

Defendants.

CONSENT FORM TO
BECOME A PARTY
PLAINTIFF

05-CV-6537L(P)

By my signature below, I hereby authorize the filing and prosecution of claims in my name and on my behalf to contest the failure of the above named Defendants to pay me proper overtime, wages and/or commissions as required under federal law. I hereby authorize the filing of this consent with any court where this action may be brought and the prosecution of claims in my name and on my behalf in any such court. I authorize the above-named Plaintiffs to act as my agents to make decisions on my behalf concerning the litigation, the manner and method of conducting this litigation, the entering of an agreement with counsel concerning attorneys' fees and costs, and all other matters pertaining to this lawsuit. I further verify that I was employed by Defendants subsequent to October 11, 2002, and that Defendants failed to properly pay overtime and/or wages.

_Lonny Laird_ _6/23/07_
Signature                Date

_Lonny Laird_
Print Name

_609 marbletown Rd_    _585-201-1143_
Street Address            Telephone Number

_Newark NY 14513_
City, State, Zip

_____
E-mail Address (if applicable)

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
MARGARITA SHERRILL et al.

Plaintiffs,

v.

SUTHERLAND GLOBAL SERVICES, INC.; THE
SUTHERLAND GROUP LTD.;

Defendants.

**CONSENT FORM TO
BECOME A PARTY
PLAINTIFF**

05-CV-6537L(P)

By my signature below, I hereby authorize the filing and prosecution of claims in my name and on my behalf to contest the failure of the above named Defendants to pay me proper overtime, wages and/or commissions as required under federal law. I hereby authorize the filing of this consent with any court where this action may be brought and the prosecution of claims in my name and on my behalf in any such court. I authorize the above-named Plaintiffs to act as my agents to make decisions on my behalf concerning the litigation, the manner and method of conducting this litigation, the entering of an agreement with counsel concerning attorneys' fees and costs, and all other matters pertaining to this lawsuit. I further verify that I was employed by Defendants subsequent to October 11, 2002, and that Defendants failed to properly pay overtime and/or wages.

_____    6/25/07
Signature                          Date

ADAM BROZOWITZ
Print Name

456 COVEWOOD BLVD          585-671-0025
Street Address              Telephone Number

WEBSTER    NY    14580
City, State, Zip

abrozowitz@gmail.com
E-mail Address (if applicable)

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

MARGARITA SHERRILL et al.

Plaintiffs,

v.

SUTHERLAND GLOBAL SERVICES, INC.; THE
SUTHERLAND GROUP LTD.;

Defendants.

CONSENT FORM TO
BECOME A PARTY
PLAINTIFF

05-CV-6537L(P)

By my signature below, I hereby authorize the filing and prosecution of claims in my name and on my behalf to contest the failure of the above named Defendants to pay me proper overtime, wages and/or commissions as required under federal law. I hereby authorize the filing of this consent with any court where this action may be brought and the prosecution of claims in my name and on my behalf in any such court. I authorize the above-named Plaintiffs to act as my agents to make decisions on my behalf concerning the litigation, the manner and method of conducting this litigation, the entering of an agreement with counsel concerning attorneys' fees and costs, and all other matters pertaining to this lawsuit. I further verify that I was employed by Defendants subsequent to October 11, 2002, and that Defendants failed to properly pay overtime and/or wages.

_Sean Marron_ _06/25/07_
Signature                    Date

SEAN MARRON
Print Name

130 Oakshire Way        (585) 264-9396
Street Address                Telephone Number

Pittsford, NY 14534
City, State, Zip

_____
E-mail Address (if applicable)

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

MARGARITA SHERRILL et al.

Plaintiffs,

v.

SUTHERLAND GLOBAL SERVICES, INC.; THE
SUTHERLAND GROUP LTD.;

Defendants.

**CONSENT FORM TO
BECOME A PARTY
PLAINTIFF**

05-CV-6537L(P)

By my signature below, I hereby authorize the filing and prosecution of claims in my name and on my behalf to contest the failure of the above named Defendants to pay me proper overtime, wages and/or commissions as required under federal law. I hereby authorize the filing of this consent with any court where this action may be brought and the prosecution of claims in my name and on my behalf in any such court. I authorize the above-named Plaintiffs to act as my agents to make decisions on my behalf concerning the litigation, the manner and method of conducting this litigation, the entering of an agreement with counsel concerning attorneys' fees and costs, and all other matters pertaining to this lawsuit. I further verify that I was employed by Defendants subsequent to October 11, 2002, and that Defendants failed to properly pay overtime and/or wages.

_____  6/26/07
Signature                        Date

David A. Price
Print Name

3349 Middle Cheshire Road            585-393-1446
Street Address                      Telephone Number

Canandaigua, NY 14424
City, State, Zip

COLDDAY42@Yahoo.com
E-mail Address (if applicable)

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

MARGARITA SHERRILL et al.

Plaintiffs,

v.

SUTHERLAND GLOBAL SERVICES, INC.; THE
SUTHERLAND GROUP LTD.;

Defendants.

**CONSENT FORM TO
BECOME A PARTY
PLAINTIFF**

05-CV-6537L(P)

By my signature below, I hereby authorize the filing and prosecution of claims in my name and on my behalf to contest the failure of the above named Defendants to pay me proper overtime, wages and/or commissions as required under federal law. I hereby authorize the filing of this consent with any court where this action may be brought and the prosecution of claims in my name and on my behalf in any such court. I authorize the above-named Plaintiffs to act as my agents to make decisions on my behalf concerning the litigation, the manner and method of conducting this litigation, the entering of an agreement with counsel concerning attorneys' fees and costs, and all other matters pertaining to this lawsuit. I further verify that I was employed by Defendants subsequent to October 11, 2002, and that Defendants failed to properly pay overtime and/or wages.

_Sharon Shelton Laing_   _6/25/07_
Signature                        Date

_Sharon Shelton Laing_
Print Name

_69 Ridgeway Avenue_
Street Address                          Telephone Number

_Roch NY 14615_
City, State, Zip

_budonah@yahoo.com_
E-mail Address (if applicable)

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

MARGARITA SHERRILL et al.

Plaintiffs,

v.

SUTHERLAND GLOBAL SERVICES, INC.; THE
SUTHERLAND GROUP LTD.;

Defendants.

**CONSENT FORM TO
BECOME A PARTY
PLAINTIFF**

05-CV-6537L(P)

By my signature below, I hereby authorize the filing and prosecution of claims in my name and on my behalf to contest the failure of the above named Defendants to pay me proper overtime, wages and/or commissions as required under federal law. I hereby authorize the filing of this consent with any court where this action may be brought and the prosecution of claims in my name and on my behalf in any such court. I authorize the above-named Plaintiffs to act as my agents to make decisions on my behalf concerning the litigation, the manner and method of conducting this litigation, the entering of an agreement with counsel concerning attorneys' fees and costs, and all other matters pertaining to this lawsuit. I further verify that I was employed by Defendants subsequent to October 11, 2002, and that Defendants failed to properly pay overtime and/or wages.

_Jean P Ostrom_            _6/26/07_
Signature                          Date

_Jean P Ostrom_
Print Name

_16960 Ridge Rd_                    _585-638-6436_
Street Address                      Telephone Number

_Holley NY    14470_
City, State, Zip

_____
E-mail Address (if applicable)

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

MARGARITA SHERRILL et al.

Plaintiffs,

v.

SUTHERLAND GLOBAL SERVICES, INC.; THE
SUTHERLAND GROUP LTD.;

Defendants.

**CONSENT FORM TO
BECOME A PARTY
PLAINTIFF**

05-CV-6537L(P)

By my signature below, I hereby authorize the filing and prosecution of claims in my name and on my behalf to contest the failure of the above named Defendants to pay me proper overtime, wages and/or commissions as required under federal law. I hereby authorize the filing of this consent with any court where this action may be brought and the prosecution of claims in my name and on my behalf in any such court. I authorize the above-named Plaintiffs to act as my agents to make decisions on my behalf concerning the litigation, the manner and method of conducting this litigation, the entering of an agreement with counsel concerning attorneys' fees and costs, and all other matters pertaining to this lawsuit. I further verify that I was employed by Defendants subsequent to October 11, 2002, and that Defendants failed to properly pay overtime and/or wages.

_Arrica Shelton_   _6/26/2007_
Signature                              Date

_Arrica Shelton_
Print Name

_109 Ridgeway Avenue_        _585-329.8457_
Street Address                          Telephone Number

_Rochester ny 14615_
City, State, Zip

_ArricaShelton@yahoo.com_
E-mail Address (if applicable)

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

MARGARITA SHERRILL et al.

Plaintiffs,

v.

SUTHERLAND GLOBAL SERVICES, INC.; THE
SUTHERLAND GROUP LTD.;

Defendants.

CONSENT FORM TO
BECOME A PARTY
PLAINTIFF

05-CV-6537L(P)

By my signature below, I hereby authorize the filing and prosecution of claims in my name and on my behalf to contest the failure of the above named Defendants to pay me proper overtime, wages and/or commissions as required under federal law. I hereby authorize the filing of this consent with any court where this action may be brought and the prosecution of claims in my name and on my behalf in any such court. I authorize the above-named Plaintiffs to act as my agents to make decisions on my behalf concerning the litigation, the manner and method of conducting this litigation, the entering of an agreement with counsel concerning attorneys' fees and costs, and all other matters pertaining to this lawsuit. I further verify that I was employed by Defendants subsequent to October 11, 2002, and that Defendants failed to properly pay overtime and/or wages.

_Micah Braverman_    _6-25-07_
Signature            Date

_Micah Braverman_
Print Name

_169 Quesada Dr._      _585-723-0206_
Street Address           Telephone Number

_Rochester, N.Y., 14616_
City, State, Zip

E-mail Address (if applicable)

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

MARGARITA SHERRILL et al.

Plaintiffs,

v.

SUTHERLAND GLOBAL SERVICES, INC.; THE
SUTHERLAND GROUP LTD.;

Defendants.

CONSENT FORM TO
BECOME A PARTY
PLAINTIFF

05-CV-6537L(P)

By my signature below, I hereby authorize the filing and prosecution of claims in my name and on my behalf to contest the failure of the above named Defendants to pay me proper overtime, wages and/or commissions as required under federal law. I hereby authorize the filing of this consent with any court where this action may be brought and the prosecution of claims in my name and on my behalf in any such court. I authorize the above-named Plaintiffs to act as my agents to make decisions on my behalf concerning the litigation, the manner and method of conducting this litigation, the entering of an agreement with counsel concerning attorneys' fees and costs, and all other matters pertaining to this lawsuit. I further verify that I was employed by Defendants subsequent to October 11, 2002, and that Defendants failed to properly pay overtime and/or wages.

_____  6-26-07
Signature                          Date

Jon D Noeth
Print Name

6 SUNRIDGE DR          585 889 4158
Street Address              Telephone Number

Rochester NY 14624
City, State, Zip

_____
E-mail Address (if applicable)

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
MARGARITA SHERRILL et al.

Plaintiffs,

v.

SUTHERLAND GLOBAL SERVICES, INC.; THE
SUTHERLAND GROUP LTD.;

Defendants.

**CONSENT FORM TO
BECOME A PARTY
PLAINTIFF**

05-CV-6537L(P)

By my signature below, I hereby authorize the filing and prosecution of claims in my name and on my behalf to contest the failure of the above named Defendants to pay me proper overtime, wages and/or commissions as required under federal law. I hereby authorize the filing of this consent with any court where this action may be brought and the prosecution of claims in my name and on my behalf in any such court. I authorize the above-named Plaintiffs to act as my agents to make decisions on my behalf concerning the litigation, the manner and method of conducting this litigation, the entering of an agreement with counsel concerning attorneys' fees and costs, and all other matters pertaining to this lawsuit. I further verify that I was employed by Defendants subsequent to October 11, 2002, and that Defendants failed to properly pay overtime and/or wages.

_Tom Dahule_  6/25/07
Signature              Date

TOM GABRUK
Print Name

695 - BROOKEVILLE-DR.          Cell  585-755-8967
Street Address          Telephone Number

ROCHESTER, N.Y. 14580
City, State, Zip

Thomas.GABRUK @ UNISYS.com
E-mail Address (if applicable)