**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF NEW YORK**
MARGARITA SHERRILL et al.

Plaintiffs,

**CONSENT FORM TO**
**BECOME A PARTY**
**PLAINTIFF**

v.

05-CV-6537L(P)

**SUTHERLAND GLOBAL SERVICES, INC.; THE**
**SUTHERLAND GROUP LTD.;**

Defendants.

By my signature below, I hereby authorize the filing and prosecution of claims in my name and on my behalf to contest the failure of the above named Defendants to pay me proper overtime, wages and/or commissions as required under federal law. I hereby authorize the filing of this consent with any court where this action may be brought and the prosecution of claims in my name and on my behalf in any such court. I authorize the above-named Plaintiffs to act as my agents to make decisions on my behalf concerning the litigation, the manner and method of conducting this litigation, the entering of an agreement with counsel concerning attorneys' fees and costs, and all other matters pertaining to this lawsuit. I further verify that I was employed by Defendants subsequent to October 11, 2002, and that Defendants failed to properly pay overtime and/or wages.

_____     7/7/07
Signature                          Date

EDUARDO BERNAL
Print Name

P.O. BOX 1644                   619/420-2640
Street Address                Telephone Number

BONITA CAL. 91908
City, State, Zip

_____
E-mail Address (if applicable)

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF NEW YORK**
**MARGARITA SHERRILL et al.**

Plaintiffs,

v.

**CONSENT FORM TO**
**BECOME A PARTY**
**PLAINTIFF**

05-CV-6537L(P)

**SUTHERLAND GLOBAL SERVICES, INC.; THE**
**SUTHERLAND GROUP LTD.;**

Defendants.

By my signature below, I hereby authorize the filing and prosecution of claims in my name and on my behalf to contest the failure of the above named Defendants to pay me proper overtime, wages and/or commissions as required under federal law. I hereby authorize the filing of this consent with any court where this action may be brought and the prosecution of claims in my name and on my behalf in any such court. I authorize the above-named Plaintiffs to act as my agents to make decisions on my behalf concerning the litigation, the manner and method of conducting this litigation, the entering of an agreement with counsel concerning attorneys' fees and costs, and all other matters pertaining to this lawsuit. I further verify that I was employed by Defendants subsequent to October 11, 2002, and that Defendants failed to properly pay overtime and/or wages.

Signature _____   Date _7-8-07_

Print Name _Shomari Evans_

Street Address _301 Seeley Road_   Telephone Number _315-449-0188_

City, State, Zip _Syracuse, NY, 13224_

E-mail Address (if applicable) _HAM22EVANS22@aol.com_

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF NEW YORK**
**MARGARITA SHERRILL et al.**

Plaintiffs,

v.

**SUTHERLAND GLOBAL SERVICES, INC.; THE**
**SUTHERLAND GROUP LTD.;**

Defendants.

**CONSENT FORM TO**
**BECOME A PARTY**
**PLAINTIFF**

05-CV-6537L(P)

By my signature below, I hereby authorize the filing and prosecution of claims in my name and on my behalf to contest the failure of the above named Defendants to pay me proper overtime, wages and/or commissions as required under federal law. I hereby authorize the filing of this consent with any court where this action may be brought and the prosecution of claims in my name and on my behalf in any such court. I authorize the above-named Plaintiffs to act as my agents to make decisions on my behalf concerning the litigation, the manner and method of conducting this litigation, the entering of an agreement with counsel concerning attorneys' fees and costs, and all other matters pertaining to this lawsuit. I further verify that I was employed by Defendants subsequent to October 11, 2002, and that Defendants failed to properly pay overtime and/or wages.

_Deborah J. Copeland_ _7-9-07_
Signature                              Date

_Deborah J. Cope/And_
Print Name

_263 Douglas Drive #242_     _760-757-5705_ / _cell:_
Street Address                      Telephone Number      _760: 547-_
                                                          _3544_
_Oceanside, CA 92058_
City, State, Zip

_epubcrl@yahoo.com_
E-mail Address (if applicable)

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF NEW YORK**
**MARGARITA SHERRILL et al.**

Plaintiffs,

v.

**SUTHERLAND GLOBAL SERVICES, INC.; THE**
**SUTHERLAND GROUP LTD.;**

Defendants.

**CONSENT FORM TO**
**BECOME A PARTY**
**PLAINTIFF**

05-CV-6537L(P)

By my signature below, I hereby authorize the filing and prosecution of claims in my name and on my behalf to contest the failure of the above named Defendants to pay me proper overtime, wages and/or commissions as required under federal law. I hereby authorize the filing of this consent with any court where this action may be brought and the prosecution of claims in my name and on my behalf in any such court. I authorize the above-named Plaintiffs to act as my agents to make decisions on my behalf concerning the litigation, the manner and method of conducting this litigation, the entering of an agreement with counsel concerning attorneys' fees and costs, and all other matters pertaining to this lawsuit. I further verify that I was employed by Defendants subsequent to October 11, 2002, and that Defendants failed to properly pay overtime and/or wages.

AARon Mc Curry        7-06-07
Signature                      Date

Aaron Mc Curry
Print Name

504 Beattie St.        (315) 251-1644
Street Address           Telephone Number

Syr. N.Y, 13224
City, State, Zip

_____
E-mail Address (if applicable)

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF NEW YORK**
MARGARITA SHERRILL et al.

Plaintiffs,

**CONSENT FORM TO**
**BECOME A PARTY**
**PLAINTIFF**

v.

05-CV-6537L(P)

**SUTHERLAND GLOBAL SERVICES, INC.; THE**
**SUTHERLAND GROUP LTD.;**

Defendants.

By my signature below, I hereby authorize the filing and prosecution of claims in my name and on my behalf to contest the failure of the above named Defendants to pay me proper overtime, wages and/or commissions as required under federal law. I hereby authorize the filing of this consent with any court where this action may be brought and the prosecution of claims in my name and on my behalf in any such court. I authorize the above-named Plaintiffs to act as my agents to make decisions on my behalf concerning the litigation, the manner and method of conducting this litigation, the entering of an agreement with counsel concerning attorneys' fees and costs, and all other matters pertaining to this lawsuit. I further verify that I was employed by Defendants subsequent to October 11, 2002, and that Defendants failed to properly pay overtime and/or wages.

Signature                    Date   7/10/07

Leslie  F. Switzer
Print Name

PO Box 143                    (315) 558-4522
Street Address                Telephone Number

Syracuse  NY  13207
City, State, Zip

Les_Switl @ yahoo.com
E-mail Address (if applicable)

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

MARGARITA SHERRILL et al.

Plaintiffs,

v.

**CONSENT FORM TO
BECOME A PARTY
PLAINTIFF**

05-CV-6537L(P)

SUTHERLAND GLOBAL SERVICES, INC.; THE
SUTHERLAND GROUP LTD.;

Defendants.

By my signature below, I hereby authorize the filing and prosecution of claims in my name and
on my behalf to contest the failure of the above named Defendants to pay me proper overtime,
wages and/or commissions as required under federal law. I hereby authorize the filing of this
consent with any court where this action may be brought and the prosecution of claims in my
name and on my behalf in any such court. I authorize the above-named Plaintiffs to act as my
agents to make decisions on my behalf concerning the litigation, the manner and method of
conducting this litigation, the entering of an agreement with counsel concerning attorneys' fees
and costs, and all other matters pertaining to this lawsuit. I further verify that I was employed by
Defendants subsequent to October 11, 2002, and that Defendants failed to properly pay
overtime and/or wages.

Signature _____  Date 7/25/07

Print Name  Marie Dearring

Street Address  7 Devonshire CT.    Telephone Number (585) 329-4218

City, State, Zip  Rochester, NY 14619

E-mail Address (if applicable)  Ddearring@yahoo.com

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF NEW YORK**
**MARGARITA SHERRILL et al.**

Plaintiffs,

**CONSENT FORM TO**
**BECOME A PARTY**
**PLAINTIFF**

v.

05-CV-6537L(P)

**SUTHERLAND GLOBAL SERVICES, INC.; THE**
**SUTHERLAND GROUP LTD.;**

Defendants.

By my signature below, I hereby authorize the filing and prosecution of claims in my name and
on my behalf to contest the failure of the above named Defendants to pay me proper overtime,
wages and/or commissions as required under federal law. I hereby authorize the filing of this
consent with any court where this action may be brought and the prosecution of claims in my
name and on my behalf in any such court. I authorize the above-named Plaintiffs to act as my
agents to make decisions on my behalf concerning the litigation, the manner and method of
conducting this litigation, the entering of an agreement with counsel concerning attorneys' fees
and costs, and all other matters pertaining to this lawsuit. I further verify that I was employed by
Defendants subsequent to October 11, 2002, and that Defendants failed to properly pay
overtime and/or wages.

Le Andra Zambrano          07-09-07
Signature                  Date

Le Andra Zambrano
Print Name

5 Longview Ct.            702-376-7571
Street Address            Telephone Number

South Elgin , Il . 60177
City, State, Zip

leandra06@hotmail.com
E-mail Address (if applicable)

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF NEW YORK**

**MARGARITA SHERRILL et al.**

Plaintiffs,

v.

**SUTHERLAND GLOBAL SERVICES, INC.; THE**
**SUTHERLAND GROUP LTD.;**

Defendants.

**CONSENT FORM TO**
**BECOME A PARTY**
**PLAINTIFF**

05-CV-6537L(P)

By my signature below, I hereby authorize the filing and prosecution of claims in my name and on my behalf to contest the failure of the above named Defendants to pay me proper overtime, wages and/or commissions as required under federal law. I hereby authorize the filing of this consent with any court where this action may be brought and the prosecution of claims in my name and on my behalf in any such court. I authorize the above-named Plaintiffs to act as my agents to make decisions on my behalf concerning the litigation, the manner and method of conducting this litigation, the entering of an agreement with counsel concerning attorneys' fees and costs, and all other matters pertaining to this lawsuit. I further verify that I was employed by Defendants subsequent to October 11, 2002, and that Defendants failed to properly pay overtime and/or wages.

David Lawrence III
Signature _____ Date _____

DAVID LAWRENCE   7/11/07
Print Name

106 Ellicott St        585 - 978 - 9727
Street Address                Telephone Number

Roch  NY  14619
City, State, Zip

dAVlAW3@YAhoo.com
E-mail Address (if applicable)

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
MARGARITA SHERRILL et al.

Plaintiffs,

**CONSENT FORM TO
BECOME A PARTY
PLAINTIFF**

v.

05-CV-6537L(P)

SUTHERLAND GLOBAL SERVICES, INC.; THE
SUTHERLAND GROUP LTD.;

Defendants.

By my signature below, I hereby authorize the filing and prosecution of claims in my name and
on my behalf to contest the failure of the above named Defendants to pay me proper overtime,
wages and/or commissions as required under federal law. I hereby authorize the filing of this
consent with any court where this action may be brought and the prosecution of claims in my
name and on my behalf in any such court. I authorize the above-named Plaintiffs to act as my
agents to make decisions on my behalf concerning the litigation, the manner and method of
conducting this litigation, the entering of an agreement with counsel concerning attorneys' fees
and costs, and all other matters pertaining to this lawsuit. I further verify that I was employed by
Defendants subsequent to October 11, 2002, and that Defendants failed to properly pay
overtime and/or wages.

Melody Allen     06/25/07
Signature                    Date

MELODY J. ALLEN
Print Name

297 SUNSET ST                    5854583135
Street Address               Telephone Number

ROCHESTER NY 14606
City, State, Zip

allenangels@yahoo.com
E-mail Address (if applicable)

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF NEW YORK**
MARGARITA SHERRILL et al.

Plaintiffs,

v.

**CONSENT FORM TO**
**BECOME A PARTY**
**PLAINTIFF**

05-CV-6537L(P)

**SUTHERLAND GLOBAL SERVICES, INC.; THE**
**SUTHERLAND GROUP LTD.;**

Defendants.

By my signature below, I hereby authorize the filing and prosecution of claims in my name and
on my behalf to contest the failure of the above named Defendants to pay me proper overtime,
wages and/or commissions as required under federal law. I hereby authorize the filing of this
consent with any court where this action may be brought and the prosecution of claims in my
name and on my behalf in any such court. I authorize the above-named Plaintiffs to act as my
agents to make decisions on my behalf concerning the litigation, the manner and method of
conducting this litigation, the entering of an agreement with counsel concerning attorneys' fees
and costs, and all other matters pertaining to this lawsuit. I further verify that I was employed by
Defendants subsequent to October 11, 2002, and that Defendants failed to properly pay
overtime and/or wages.

_Fumika Green_     _July 2nd 2007_
Signature           Date

_Fumika Green_
Print Name

_1236 Affinity Lane_     _(585) 723-0129_
Street Address          Telephone Number

_Rochester, New York 14616_
City, State, Zip

_____
E-mail Address (if applicable)

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF NEW YORK**
MARGARITA SHERRILL et al.

Plaintiffs,

**CONSENT FORM TO**
**BECOME A PARTY**
**PLAINTIFF**

v.

05-CV-6537L(P)

**SUTHERLAND GLOBAL SERVICES, INC.; THE**
**SUTHERLAND GROUP LTD.;**

Defendants.

By my signature below, I hereby authorize the filing and prosecution of claims in my name and on my behalf to contest the failure of the above named Defendants to pay me proper overtime, wages and/or commissions as required under federal law. I hereby authorize the filing of this consent with any court where this action may be brought and the prosecution of claims in my name and on my behalf in any such court. I authorize the above-named Plaintiffs to act as my agents to make decisions on my behalf concerning the litigation, the manner and method of conducting this litigation, the entering of an agreement with counsel concerning attorneys' fees and costs, and all other matters pertaining to this lawsuit. I further verify that I was employed by Defendants subsequent to October 11, 2002, and that Defendants failed to properly pay overtime and/or wages.

Alan Fine                6/30/07
Signature                Date

Alan Fine
Print Name

1845 Sierra Oaks Lane          702.597.1150
Street Address                 Telephone Number

LAS Vegas Nevada          89134
City, State, Zip

afine99@juno.com
E-mail Address (if applicable)

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF NEW YORK**
MARGARITA SHERRILL et al.

Plaintiffs,

**CONSENT FORM TO**
**BECOME A PARTY**
**PLAINTIFF**

v.

05-CV-6537L(P)

**SUTHERLAND GLOBAL SERVICES, INC.; THE**
**SUTHERLAND GROUP LTD.;**

Defendants.

By my signature below, I hereby authorize the filing and prosecution of claims in my name and on my behalf to contest the failure of the above named Defendants to pay me proper overtime, wages and/or commissions as required under federal law. I hereby authorize the filing of this consent with any court where this action may be brought and the prosecution of claims in my name and on my behalf in any such court. I authorize the above-named Plaintiffs to act as my agents to make decisions on my behalf concerning the litigation, the manner and method of conducting this litigation, the entering of an agreement with counsel concerning attorneys' fees and costs, and all other matters pertaining to this lawsuit. I further verify that I was employed by Defendants subsequent to October 11, 2002, and that Defendants failed to properly pay overtime and/or wages.

Robert G Perkins  7-6-07
Signature                          Date

Robert G Perkins
Print Name

6830 Harvala St
Street Address                    Telephone Number

San Diego, CA   92115
City, State, Zip

oxtrargp@yahoo.com
E-mail Address (if applicable)

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF NEW YORK**
**MARGARITA SHERRILL et al.**

Plaintiffs,

**CONSENT FORM TO**
**BECOME A PARTY**
**PLAINTIFF**

v.

05-CV-6537L(P)

**SUTHERLAND GLOBAL SERVICES, INC.; THE**
**SUTHERLAND GROUP LTD.;**

**Defendants.**

By my signature below, I hereby authorize the filing and prosecution of claims in my name and
on my behalf to contest the failure of the above named Defendants to pay me proper overtime,
wages and/or commissions as required under federal law. I hereby authorize the filing of this
consent with any court where this action may be brought and the prosecution of claims in my
name and on my behalf in any such court. I authorize the above-named Plaintiffs to act as my
agents to make decisions on my behalf concerning the litigation, the manner and method of
conducting this litigation, the entering of an agreement with counsel concerning attorneys' fees
and costs, and all other matters pertaining to this lawsuit. I further verify that I was employed by
Defendants subsequent to October 11, 2002, and that Defendants failed to properly pay
overtime and/or wages.

6/26/2007
Signature                          Date
Michael  J.  Wiseman
Print Name
4 Woodneath Cresent              585-355-3675
Street Address                   Telephone Number
E. Rochester, NY  14445
City, State, Zip
mike @ eservpro.com
E-mail Address (if applicable)

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
MARGARITA SHERRILL et al.

Plaintiffs,

**CONSENT FORM TO
BECOME A PARTY
PLAINTIFF**

v.

05-CV-6537L(P)

SUTHERLAND GLOBAL SERVICES, INC.; THE
SUTHERLAND GROUP LTD.;

Defendants.

By my signature below, I hereby authorize the filing and prosecution of claims in my name and
on my behalf to contest the failure of the above named Defendants to pay me proper overtime,
wages and/or commissions as required under federal law. I hereby authorize the filing of this
consent with any court where this action may be brought and the prosecution of claims in my
name and on my behalf in any such court. I authorize the above-named Plaintiffs to act as my
agents to make decisions on my behalf concerning the litigation, the manner and method of
conducting this litigation, the entering of an agreement with counsel concerning attorneys' fees
and costs, and all other matters pertaining to this lawsuit. I further verify that I was employed by
Defendants subsequent to October 11, 2002, and that Defendants failed to properly pay
overtime and/or wages.

_____  7-5-07
Signature                    Date

Corey Roth
Print Name

17131 Gulf Road        585 317 5596
Street Address              Telephone Number

Holley, NY 14470
City, State, Zip

CROTH @ Rochester.rr.com
E-mail Address (if applicable)

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF NEW YORK**
MARGARITA SHERRILL et al.

Plaintiffs,

**CONSENT FORM TO**
**BECOME A PARTY**
**PLAINTIFF**

v.

05-CV-6537L(P)

**SUTHERLAND GLOBAL SERVICES, INC.; THE**
**SUTHERLAND GROUP LTD.;**

Defendants.

By my signature below, I hereby authorize the filing and prosecution of claims in my name and on my behalf to contest the failure of the above named Defendants to pay me proper overtime, wages and/or commissions as required under federal law. I hereby authorize the filing of this consent with any court where this action may be brought and the prosecution of claims in my name and on my behalf in any such court. I authorize the above-named Plaintiffs to act as my agents to make decisions on my behalf concerning the litigation, the manner and method of conducting this litigation, the entering of an agreement with counsel concerning attorneys' fees and costs, and all other matters pertaining to this lawsuit. I further verify that I was employed by Defendants subsequent to October 11, 2002, and that Defendants failed to properly pay overtime and/or wages.

Signature                         Date

Print Name

Street Address                    585-760-4394
                                  Telephone Number

City, State, Zip

E-mail Address (if applicable)

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF NEW YORK**
**MARGARITA SHERRILL et al.**

Plaintiffs,

v.

**SUTHERLAND GLOBAL SERVICES, INC.; THE**
**SUTHERLAND GROUP LTD.;**

**Defendants.**

**CONSENT FORM TO**
**BECOME A PARTY**
**PLAINTIFF**

05-CV-6537L(P)

By my signature below, I hereby authorize the filing and prosecution of claims in my name and on my behalf to contest the failure of the above named Defendants to pay me proper overtime, wages and/or commissions as required under federal law. I hereby authorize the filing of this consent with any court where this action may be brought and the prosecution of claims in my name and on my behalf in any such court. I authorize the above-named Plaintiffs to act as my agents to make decisions on my behalf concerning the litigation, the manner and method of conducting this litigation, the entering of an agreement with counsel concerning attorneys' fees and costs, and all other matters pertaining to this lawsuit. I further verify that I was employed by Defendants subsequent to October 11, 2002, and that Defendants failed to properly pay overtime and/or wages.

Signature                         Date   7-9-07

Print Name   DAVE F KINDE

Street Address   1205 GENESEE ST          Telephone Number   585 734 7209

City, State, Zip   ROCHESTER NY 14611

E-mail Address (if applicable)   DKINDE@GMAIL.COM

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF NEW YORK**
**MARGARITA SHERRILL et al.**

Plaintiffs,

**CONSENT FORM TO**
**BECOME A PARTY**
**PLAINTIFF**

v.

05-CV-6537L(P)

**SUTHERLAND GLOBAL SERVICES, INC.; THE**
**SUTHERLAND GROUP LTD.;**

**Defendants.**

By my signature below, I hereby authorize the filing and prosecution of claims in my name and on my behalf to contest the failure of the above named Defendants to pay me proper overtime, wages and/or commissions as required under federal law. I hereby authorize the filing of this consent with any court where this action may be brought and the prosecution of claims in my name and on my behalf in any such court. I authorize the above-named Plaintiffs to act as my agents to make decisions on my behalf concerning the litigation, the manner and method of conducting this litigation, the entering of an agreement with counsel concerning attorneys' fees and costs, and all other matters pertaining to this lawsuit. I further verify that I was employed by Defendants subsequent to October 11, 2002, and that Defendants failed to properly pay overtime and/or wages.

_____ 7/11/07
Signature                         Date

Michael Freedman
Print Name

499 Shelborne Road              585-2246793
Street Address                  Telephone Number

Webster, NY 14580
City, State, Zip

mikefreedman01@yahoo.com
E-mail Address (if applicable)

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF NEW YORK**
MARGARITA SHERRILL et al.

Plaintiffs,

**CONSENT FORM TO**
**BECOME A PARTY**
**PLAINTIFF**

v.

05-CV-6537L(P)

**SUTHERLAND GLOBAL SERVICES, INC.; THE**
**SUTHERLAND GROUP LTD.;**

Defendants.

By my signature below, I hereby authorize the filing and prosecution of claims in my name and on my behalf to contest the failure of the above named Defendants to pay me proper overtime, wages and/or commissions as required under federal law. I hereby authorize the filing of this consent with any court where this action may be brought and the prosecution of claims in my name and on my behalf in any such court. I authorize the above-named Plaintiffs to act as my agents to make decisions on my behalf concerning the litigation, the manner and method of conducting this litigation, the entering of an agreement with counsel concerning attorneys' fees and costs, and all other matters pertaining to this lawsuit. I further verify that I was employed by Defendants subsequent to October 11, 2002, and that Defendants failed to properly pay overtime and/or wages.

_Sharoya Klant_   6-27-07
Signature                    Date

Sharoya Grant
Print Name

1809 E. Fayette St. #30      (315)422-4622 / (718)827-0957     Alternate #
Street Address               Telephone Number

Syracuse, NY 13210
City, State, Zip

Grahamah@yahoo.com
E-mail Address (if applicable)

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF NEW YORK**
**MARGARITA SHERRILL et al.**

Plaintiffs,

**CONSENT FORM TO**
**BECOME A PARTY**
**PLAINTIFF**

v. AAron Scott

05-CV-6537L(P)

**SUTHERLAND GLOBAL SERVICES, INC.; THE**
**SUTHERLAND GROUP LTD.;**

Defendants.

By my signature below, I hereby authorize the filing and prosecution of claims in my name and
on my behalf to contest the failure of the above named Defendants to pay me proper overtime,
wages and/or commissions as required under federal law. I hereby authorize the filing of this
consent with any court where this action may be brought and the prosecution of claims in my
name and on my behalf in any such court. I authorize the above-named Plaintiffs to act as my
agents to make decisions on my behalf concerning the litigation, the manner and method of
conducting this litigation, the entering of an agreement with counsel concerning attorneys' fees
and costs, and all other matters pertaining to this lawsuit. I further verify that I was employed by
Defendants subsequent to October 11, 2002, and that Defendants failed to properly pay
overtime and/or wages.

7-2-07
Signature                                    Date

AAron Scott
Print Name

161 Brampton RD                    (315)378-0264
Street Address                               Telephone Number

Syracuse NY 13205
City, State, Zip

_____
E-mail Address (if applicable)

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

MARGARITA SHERRILL et al.

Plaintiffs,

v.

**CONSENT FORM TO
BECOME A PARTY
PLAINTIFF**

05-CV-6537L(P)

SUTHERLAND GLOBAL SERVICES, INC.; THE
SUTHERLAND GROUP LTD.;

Defendants.

By my signature below, I hereby authorize the filing and prosecution of claims in my name and
on my behalf to contest the failure of the above named Defendants to pay me proper overtime,
wages and/or commissions as required under federal law. I hereby authorize the filing of this
consent with any court where this action may be brought and the prosecution of claims in my
name and on my behalf in any such court. I authorize the above-named Plaintiffs to act as my
agents to make decisions on my behalf concerning the litigation, the manner and method of
conducting this litigation, the entering of an agreement with counsel concerning attorneys' fees
and costs, and all other matters pertaining to this lawsuit. I further verify that I was employed by
Defendants subsequent to October 11, 2002, and that Defendants failed to properly pay
overtime and/or wages.

7-12-07

Signature                     Date

JEFFREY WIMS

Print Name

3000 LAKE AVE APT.4          585.499.1021
Street Address               Telephone Number

ROCHESTER, NY 1462
City, State, Zip

WII07@ACCBUSINESS.COM
E-mail Address (if applicable)

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

MARGARITA SHERRILL et al.

Plaintiffs,

v.

SUTHERLAND GLOBAL SERVICES; INC.; THE
SUTHERLAND GROUP LTD.;

Defendants.

**CONSENT FORM TO
BECOME A PARTY
PLAINTIFF**

05-CV-6537L(P)

By my signature below, I hereby authorize the filing and prosecution of claims in my name and
on my behalf to contest the failure of the above named Defendants to pay me proper overtime,
wages and/or commissions as required under federal law. I hereby authorize the filing of this
consent with any court where this action may be brought and the prosecution of claims in my
name and on my behalf in any such court. I authorize the above-named Plaintiffs to act as my
agents to make decisions on my behalf concerning the litigation, the manner and method of
conducting this litigation, the entering of an agreement with counsel concerning attorneys' fees
and costs, and all other matters pertaining to this lawsuit. I further verify that I was employed by
Defendants subsequent to October 11, 2002, and that Defendants failed to properly pay
overtime and/or wages.

_Betty Grice_          7/13/07
Signature              Date

_Betty Grice_
Print Name

4 Hanna Pl.          585-244-7716
Street Address       Telephone Number

Rochester NY 14620
City, State, Zip

_____
E-mail Address (if applicable)

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF NEW YORK**
**MARGARITA SHERRILL et al.**

Plaintiffs,

**CONSENT FORM TO**
**BECOME A PARTY**
**PLAINTIFF**

v.

05-CV-6537L(P)

**SUTHERLAND GLOBAL SERVICES, INC.; THE**
**SUTHERLAND GROUP LTD.;**

Defendants.

By my signature below, I hereby authorize the filing and prosecution of claims in my name and on my behalf to contest the failure of the above named Defendants to pay me proper overtime, wages and/or commissions as required under federal law. I hereby authorize the filing of this consent with any court where this action may be brought and the prosecution of claims in my name and on my behalf in any such court. I authorize the above-named Plaintiffs to act as my agents to make decisions on my behalf concerning the litigation, the manner and method of conducting this litigation, the entering of an agreement with counsel concerning attorneys' fees and costs, and all other matters pertaining to this lawsuit. I further verify that I was employed by Defendants subsequent to October 11, 2002, and that Defendants failed to properly pay overtime and/or wages.

_____
Signature              Date

Print Name _Kevin Young_

Street Address _394 Coleridge Ave_     Telephone Number _315-474-1330_

City, State, Zip _Syracuse, NY, 13204_

E-mail Address (if applicable) _Kevinyoungjr@yahoo.com_

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF NEW YORK**
**MARGARITA SHERRILL et al.**

Plaintiffs,

v.

**CONSENT FORM TO**
**BECOME A PARTY**
**PLAINTIFF**

05-CV-6537L(P)

**SUTHERLAND GLOBAL SERVICES, INC.; THE**
**SUTHERLAND GROUP LTD.;**

**Defendants.**

By my signature below, I hereby authorize the filing and prosecution of claims in my name and on my behalf to contest the failure of the above named Defendants to pay me proper overtime, wages and/or commissions as required under federal law. I hereby authorize the filing of this consent with any court where this action may be brought and the prosecution of claims in my name and on my behalf in any such court. I authorize the above-named Plaintiffs to act as my agents to make decisions on my behalf concerning the litigation, the manner and method of conducting this litigation, the entering of an agreement with counsel concerning attorneys' fees and costs, and all other matters pertaining to this lawsuit. I further verify that I was employed by Defendants subsequent to October 11, 2002, and that Defendants failed to properly pay overtime and/or wages.

_____   7/5/07
Signature                  Date

STEVE R. STEVENS
Print Name

3430 Cooper St.          619-281-2926
Street Address            Telephone Number

San Diego   CA. 92104
City, State, Zip

SPUDDOG65@Hotmail.com
E-mail Address (if applicable)

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF NEW YORK**
**MARGARITA SHERRILL et al.**

Plaintiffs,

**CONSENT FORM TO**
**BECOME A PARTY**
**PLAINTIFF**

v.

05-CV-6537L(P)

**SUTHERLAND GLOBAL SERVICES, INC.; THE**
**SUTHERLAND GROUP LTD.;**

**Defendants.**

By my signature below, I hereby authorize the filing and prosecution of claims in my name and on my behalf to contest the failure of the above named Defendants to pay me proper overtime, wages and/or commissions as required under federal law. I hereby authorize the filing of this consent with any court where this action may be brought and the prosecution of claims in my name and on my behalf in any such court. I authorize the above-named Plaintiffs to act as my agents to make decisions on my behalf concerning the litigation, the manner and method of conducting this litigation, the entering of an agreement with counsel concerning attorneys' fees and costs, and all other matters pertaining to this lawsuit. I further verify that I was employed by Defendants subsequent to October 11, 2002, and that Defendants failed to properly pay overtime and/or wages.

Signature                          6-28-07
                                   Date

Manuel Figueroa
Print Name

1731 E 5th                         619-888-0813
Street Address                     Telephone Number

National City, CA  91950
City, State, Zip

mrfiguerоa @ gmail.com
E-mail Address (if applicable)

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
MARGARITA SHERRILL et al.

Plaintiffs,

v.

**CONSENT FORM TO
BECOME A PARTY
PLAINTIFF**

05-CV-6537L(P)

SUTHERLAND GLOBAL SERVICES, INC.; THE
SUTHERLAND GROUP LTD.;

Defendants.

By my signature below, I hereby authorize the filing and prosecution of claims in my name and
on my behalf to contest the failure of the above named Defendants to pay me proper overtime,
wages and/or commissions as required under federal law. I hereby authorize the filing of this
consent with any court where this action may be brought and the prosecution of claims in my
name and on my behalf in any such court. I authorize the above-named Plaintiffs to act as my
agents to make decisions on my behalf concerning the litigation, the manner and method of
conducting this litigation, the entering of an agreement with counsel concerning attorneys' fees
and costs, and all other matters pertaining to this lawsuit. I further verify that I was employed by
Defendants subsequent to October 11, 2002, and that Defendants failed to properly pay
overtime and/or wages.

7-08-2007

Signature                          Date

David Hackworth
Print Name

11818 Avenida Sivrita          858-774-1508
Street Address                     Telephone Number

San Diego  CA  92128
City, State, Zip

weh1030@yahoo.com
Email Address (if applicable)

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF NEW YORK**
**MARGARITA SHERRILL et al.**

Plaintiffs,

v.

**SUTHERLAND GLOBAL SERVICES, INC.; THE**
**SUTHERLAND GROUP LTD.;**

Defendants.

**CONSENT FORM TO**
**BECOME A PARTY**
**PLAINTIFF**

05-CV-6537L(P)

By my signature below, I hereby authorize the filing and prosecution of claims in my name and on my behalf to contest the failure of the above named Defendants to pay me proper overtime, wages and/or commissions as required under federal law. I hereby authorize the filing of this consent with any court where this action may be brought and the prosecution of claims in my name and on my behalf in any such court. I authorize the above-named Plaintiffs to act as my agents to make decisions on my behalf concerning the litigation, the manner and method of conducting this litigation, the entering of an agreement with counsel concerning attorneys' fees and costs, and all other matters pertaining to this lawsuit. I further verify that I was employed by Defendants subsequent to October 11, 2002, and that Defendants failed to properly pay overtime and/or wages.

7/1/07
Signature                Date

Brad Constantiho
Print Name

1014 Plank Road          585-734-0151
Street Address            Telephone Number

Webster  my  14580
City, State, Zip

B-Constantihow Hotmail, com
E-mail Address (if applicable)

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF NEW YORK**
**MARGARITA SHERRILL et al.**

Plaintiffs,

**CONSENT FORM TO**
**BECOME A PARTY**
**PLAINTIFF**

v.

05-CV-6537L(P)

**SUTHERLAND GLOBAL SERVICES, INC.; THE**
**SUTHERLAND GROUP LTD.;**

Defendants.

By my signature below, I hereby authorize the filing and prosecution of claims in my name and on my behalf to contest the failure of the above named Defendants to pay me proper overtime, wages and/or commissions as required under federal law. I hereby authorize the filing of this consent with any court where this action may be brought and the prosecution of claims in my name and on my behalf in any such court. I authorize the above-named Plaintiffs to act as my agents to make decisions on my behalf concerning the litigation, the manner and method of conducting this litigation, the entering of an agreement with counsel concerning attorneys' fees and costs, and all other matters pertaining to this lawsuit. I further verify that I was employed by Defendants subsequent to October 11, 2002, and that Defendants failed to properly pay overtime and/or wages.

Danielle P Cohen                6-26-07
Signature                       Date

Danielle P. Cohen
Print Name

193 Stowell Drive               585-764-6576
Street Address                  Telephone Number

Rochester, NY 14616
City, State, Zip

_____
E-mail Address (if applicable)

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF NEW YORK**
 MARGARITA SHERRILL et al.

Plaintiffs,

v.

**CONSENT FORM TO**
**BECOME A PARTY**
**PLAINTIFF**

05-CV-6537L(P)

**SUTHERLAND GLOBAL SERVICES, INC.; THE**
**SUTHERLAND GROUP LTD.;**

Defendants.

By my signature below, I hereby authorize the filing and prosecution of claims in my name and
on my behalf to contest the failure of the above named Defendants to pay me proper overtime,
wages and/or commissions as required under federal law. I hereby authorize the filing of this
consent with any court where this action may be brought and the prosecution of claims in my
name and on my behalf in any such court. I authorize the above-named Plaintiffs to act as my
agents to make decisions on my behalf concerning the litigation, the manner and method of
conducting this litigation, the entering of an agreement with counsel concerning attorneys' fees
and costs, and all other matters pertaining to this lawsuit. I further verify that I was employed by
Defendants subsequent to October 11, 2002, and that Defendants failed to properly pay
overtime and/or wages.

_Thomas J Nevis_ _7/10/07_
Signature                          Date

_THOMAS J NEVIS JR_
Print Name

_7305-8 STONECLIFF DR_          _(585) 305-7627_
Street Address                    Telephone Number

_RALEIGH, NC 27615_
City, State, Zip

_TJ410@ROCHESTER.RR.COM_
E-mail Address (if applicable)

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF NEW YORK**
**MARGARITA SHERRILL et al.**

Plaintiffs,

**CONSENT FORM TO**
**BECOME A PARTY**
**PLAINTIFF**

v.

05-CV-6537L(P)

**SUTHERLAND GLOBAL SERVICES, INC.; THE**
**SUTHERLAND GROUP LTD.;**

Defendants.

By my signature below, I hereby authorize the filing and prosecution of claims in my name and
on my behalf to contest the failure of the above named Defendants to pay me proper overtime,
wages and/or commissions as required under federal law. I hereby authorize the filing of this
consent with any court where this action may be brought and the prosecution of claims in my
name and on my behalf in any such court. I authorize the above-named Plaintiffs to act as my
agents to make decisions on my behalf concerning the litigation, the manner and method of
conducting this litigation, the entering of an agreement with counsel concerning attorneys' fees
and costs, and all other matters pertaining to this lawsuit. I further verify that I was employed by
Defendants subsequent to October 11, 2002, and that Defendants failed to properly pay
overtime and/or wages.

Signature _____  Date 06 30 07

Print Name Michal Lewis

Street Address 2411 E. Valley Pkwy     Telephone Number 760-294-0785

City, State, Zip Escondido, Ca. 92027

_____
E-mail Address (if applicable)

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

MARGARITA SHERRILL et al.

Plaintiffs,

v.

SUTHERLAND GLOBAL SERVICES, INC.; THE
SUTHERLAND GROUP LTD.;

Defendants.

**CONSENT FORM TO
BECOME A PARTY
PLAINTIFF**

05-CV-6537L(P)

By my signature below, I hereby authorize the filing and prosecution of claims in my name and
on my behalf to contest the failure of the above named Defendants to pay me proper overtime,
wages and/or commissions as required under federal law. I hereby authorize the filing of this
consent with any court where this action may be brought and the prosecution of claims in my
name and on my behalf in any such court. I authorize the above-named Plaintiffs to act as my
agents to make decisions on my behalf concerning the litigation, the manner and method of
conducting this litigation, the entering of an agreement with counsel concerning attorneys' fees
and costs, and all other matters pertaining to this lawsuit. I further verify that I was employed by
Defendants subsequent to October 11, 2002, and that Defendants failed to properly pay
overtime and/or wages.

_Lidia Mendoza Aguilar_   7/10/07
Signature                        Date

Lidia   Mendoza   Aguilar   7/10/07
Print Name

221 Riverview Way   700 - 5607180
Street Address              Telephone Number

Oceanside   CA   92057
City, State, Zip

None
E-mail Address (if applicable)

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
MARGARITA SHERRILL et al.

Plaintiffs,

**CONSENT FORM TO
BECOME A PARTY
PLAINTIFF**

v.

05-CV-6537L(P)

SUTHERLAND GLOBAL SERVICES, INC.; THE
SUTHERLAND GROUP LTD.;

Defendants.

By my signature below, I hereby authorize the filing and prosecution of claims in my name and
on my behalf to contest the failure of the above named Defendants to pay me proper overtime,
wages and/or commissions as required under federal law. I hereby authorize the filing of this
consent with any court where this action may be brought and the prosecution of claims in my
name and on my behalf in any such court. I authorize the above-named Plaintiffs to act as my
agents to make decisions on my behalf concerning the litigation, the manner and method of
conducting this litigation, the entering of an agreement with counsel concerning attorneys' fees
and costs, and all other matters pertaining to this lawsuit. I further verify that I was employed by
Defendants subsequent to October 11, 2002, and that Defendants failed to properly pay
overtime and/or wages.

Anthony Boyd    7/11/07
Signature       Date

Anthony Boyd
Print Name

739 Marsope Dr          (760) 758 - 8955
Street Address          Telephone Number

Vista, Ca. 92081
City, State, Zip

boyd_anthony @ Sbcglobal.net
E-mail Address (if applicable)

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF NEW YORK**

MARGARITA SHERRILL et al.

Plaintiffs,

v.

**CONSENT FORM TO**
**BECOME A PARTY**
**PLAINTIFF**

05-CV-6537L(P)

**SUTHERLAND GLOBAL SERVICES, INC.; THE**
**SUTHERLAND GROUP LTD.;**

Defendants.

By my signature below, I hereby authorize the filing and prosecution of claims in my name and on my behalf to contest the failure of the above named Defendants to pay me proper overtime, wages and/or commissions as required under federal law. I hereby authorize the filing of this consent with any court where this action may be brought and the prosecution of claims in my name and on my behalf in any such court. I authorize the above-named Plaintiffs to act as my agents to make decisions on my behalf concerning the litigation, the manner and method of conducting this litigation, the entering of an agreement with counsel concerning attorneys' fees and costs, and all other matters pertaining to this lawsuit. I further verify that I was employed by Defendants subsequent to October 11, 2002, and that Defendants failed to properly pay overtime and/or wages.

_____  7/9/07
Signature                Date

David J Graham
Print Name

1578 Calle San Sabation  (951) 487-8087
Street Address           Telephone Number

San Jacinto, CA. 92583
City, State, Zip

David Home usa@Netscape.Net
E-mail Address (if applicable)