

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

MARGARITA SHERRILL, TONY FALSO,
SIMUEL BROWN, LESLIE SWITZER, JON
STEWART, MICHAEL PIAZZA, JETHRO BURCH,
GEORGIA BECKER, TIYASHIA ISAAC,
and JOHN WAUDBY on behalf of themselves
and all other employees similarly situated,

       Plaintiffs,

v.

SUTHERLAND GLOBAL SERVICES INC.
and THE SUTHERLAND GROUP LTD.,

       Defendants.

**FINAL JUDGMENT**

Civ. No. 05-CV-6537L

---

WHEREAS, on August 11, 2011 this Court granted preliminary approval to the settlement of this action, embodied in the Parties' Settlement Agreement and described the Rule 23 Class and the Collective Action under the Fair Labor Standards Act that have been asserted in this case;

WHEREAS, on *October 19* 2011 the Court entered its Order Confirming Certification of Class/Collective Action Granting Final Approval to the Settlement ("Final Approval Order");

WHEREAS, in the final Approval Order, the Court found that the settlement is fair, reasonable and adequate as to the Class Members (as defined in the Settlement Agreement);

WHEREAS, the Court has found that the notice sent to the Class Members fairly and adequately informed them of the terms of the settlement, was consistent with Federal Rule of Civil Procedure Rule 23 and due process, and was given in the manner prescribed by the Settlement Agreement and the Court's Preliminary Approval Order;

This Court hereby enters final judgment in this case. As to all Plaintiffs including all Class Members and all Opt-Ins (as defined in the Settlement Agreement) who did not timely opt out, the Court dismisses the matter with prejudice, in accordance with the terms of the Settlement Agreement, the Final Approval Order, and the Preliminary Approval Order.

The Court hereby permanently enjoins and restrains Plaintiffs including all Opt-Ins and all Class Members who did not timely opt out from asserting any and all claims that were released pursuant to the Settlement Agreement in the Final Approval Order. This Final Judgment shall not bind the persons listed in Exhibit 1, who have timely opted out of the Class and/or the Collective Action under the Fair Labor Standards Act.

Without affecting the finality of this Judgment in any way, the Court reserves exclusive and continuing jurisdiction over this action, Plaintiffs, any Opt-Ins and Class Members who did not timely opt out, and the Defendants for purposes of supervising the implementation, enforcement, construction and interpretation of Settlement Agreement, the Preliminary Approval Order, the Final Approval Order, and this Final Judgment.

Date: October 19, 2011

HON. DAVID G. LARIMER
United States District Judge

**EXHIBIT 1**

# EXHIBIT A

| | |
|---|---|
| THERESIA A | BAHEDRY |
| SHARRON C | MURRAY |
| GEORGE A | SCOTT |
| LINDA R | TULLI |
| RICHARD K | HIBBARD |
| JARED A | DEMARZO |
| DONALD P | WILSON |
| NICHOLAS S | DAMBROSIO |
| NICHOLAS J | TRIPI |
| CHRISTOPHER M | MENNA |
| MAUREEN M | GAGNON |
| TIFFANY E | JOINER |
| STEPHANIE | THOUVAY |
| ANGELO | MAZZOLA |
| SUZANNE M | WREN |
| PENNY A | SALZMAN |
| WILLIAM J | OCONNOR |
| MINERVA M | BRADT |
| ROBERT S | JAMES |
| CRYSTAL J | PARKER |
| FRANK | MADONIA |
| KATHLEEN | GALLINA |
| MARY L | WEED |
| MAURICE L | BROWN |
| GREGORY | DISPENZA |
| PETER D | ODELL |
| ROBERT W | EATON |
| JEFFREY S | EMMI |
| ANGELIA M | JONES |
| BRYAN W | REGENSBURGER |
| PAMELA L | POST |
| TIMOTHY I | MOORE |
| MARY J | DONNELLY |
| GENEVIEVE M | WILLIAMS |
| COREY J | VANDER SLUIS |
| KELLI | EDWARDS-FERRELL |
| JOHN M | LEYER |
| ANTHONY R | DETTORI |
| DONNA L | SMITH |
| ONIX I | ROSARIO |
| DEANNE | LAFACE |
| NOMONE G | MIAYOUKOU |

| | |
|---|---|
| JOHN T | CONLEY JR |
| GREGORY | WANSHA |
| BRANDY S | BADERTSCHER |
| PAMELA J | CASH |
| VIRGINIA A | VANBOVEN |
| MICHAEL A | GRASSO |
| THERESA M | STEINMETZ |
| GLENDA R | DAIGLE |
| CHRISTOPHER M | PHILLIPS |
| JOHN C | PROROK |
| LATONIA D | FULTON |
| MARY M | TUBBS |
| LAUREL A | REYNOLDS |
| ANDREW C | SIMMONS |
| LINDSAY A | EVES |
| WILLIAM | JABS |
| STEPHANIE A | LANDAS |
| EDWARD T | FAMILO |
| GREGORY J | FALKNER |
| ALONA L | DYKSTRA-CULVER |
| WENDY C | GRIFFIS |
| GINA M | SCHMIDT |
| HELEN A | FRANKLIN |
| TYLER E | VUICHARD |
| ARICA C | WHITEMAN |
| MARION D | RODRIGUEZ |
| PATRICIA A | JANECEK |
| EDWARD | ASALY |
| LINDA E | HUNT |
| DAVID M | MAKSYMYSHYN |
| JAMES P | BULMAHN |
| KATHERINE M | MALETTA |
| DONIEL A | CASE |
| JEREMY J | WARE |
| BRENDA A | BREWER |
| CHRISTINA E | ZOLLWEG |
| PAUL A | SCHEPP |
| VALORIE J | SMITH |
| SOIBHAN E | WRIGHT |
| KIMBERLY B | SMARDZ |
| DELORES A | SCARPULLA |
| MALORIE L | OSYPIAN |
| ADAM P | FICI |
| DIANE L | ELY |
| ROBERT H | RICE |
| AMBER D | LAMB |
| ERIC B | BLAISDELL |

| | |
|---|---|
| RONALD | VILLEGAS |
| RUTH | ROSE |
| BENJAMIN G | STRICKLAND |
| MINE A | KARAHAN |
| AMBROSE | LYKE-NOBLE |
| RACHAEL L | FAY |
| DAVID | ROMAN |
| KARLTON G | ROLLE |
| DANIEL D | DANGELANTONIO |
| MICHAEL E | SCHULTZ |
| ASHLEY Y | WALLACE |
| PRISCILLA | GASKIN |
| BRIAN E | SCHARFENBERG |
| KEVIN E | COWLEY |
| MERRI A | ROWLAND |
| WILLIAM R | BOHABOY JR |
| FREDRICK | SPINLER |
| SALLY A | MARCOTTE |
| MATTHEW J | STEVENS |
| EVAN G | SINGLETARY |
| JOSEPH R | YURONG |
| EVAN K | BAITSAS |
| GWENDOLYN A | JORDAN |
| EDWARD J | ARDOLINO |
| DENNIS B | KOCH |
| CASEY L | OH |
| SANDRA E | IVES |
| KYLE P | GLENNON |
| ANTHONY J | KEMMER |
| ADRIAN C | LARSON |
| MARI A | DIBBLE |
| MARY BETH T | CAMERON |
| ANA I | QUINTERO |
| CHRISTINA | TSIAMOURAS |
| JEFFREY J | KLINE |
| BLAIR W | PALMER |
| OLIVER A | FOX |
| MATTHEW R | WEST |
| RONALD | SHEPARD |
| MICHAEL | CLOONAN |
| CHRISTOPHER M | WHIPPLE |
| ROBIN G | REEVES |
| PETER A | CARBONE |
| STEPHEN M | ARMSTRONG |
| EDWARD J | FORSYTHE |
| ABIGAIL C | ESFORD |
| TAMIKA M | JOHNSON |

| | |
|---|---|
| DANIEL J | PATTON |
| KIMBERLY R | LYNCH |
| KATHLEEN B | WILBUR |
| KEVIN F | KENNY |
| PAULA B | PASSAFIUME |
| DIANA M | CUKROV |
| MACIE L | DAVIS |
| BRENDA L | NOGA |
| DANICA D | GLAMACK |
| JEAN M | BRANCA |
| KATHRYN G | TOYER |
| SAMEH G | MIKHAIL |
| NICHOLE P | KLAAREN |
| DAVID T | NEWMAN |
| JUDY A | KAESTER |
| ZACHARY J | GIBSON |
| MICHAEL E | COUCH |
| DANIEL R | FRAZIER |
| DENNIS B | HART |
| MICHAEL | ROCKOFF |
| TERESA L | VILCHECK |
| TAMI J | MILLER |
| SALVATORE | FERRARA |
| JOHN S | DELVECCHIO |
| BARBARA A | MARKOWETZ - KUIPERS |
| MELISSA M | EMERY |
| MICHELLE N | KRUPIARZ |
| CONNIE | HILTON-TURK |
| SARA C | LARRIBA |
| THOMAS | ALEXANDER |